# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>-vs-<br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No.: 1:24-cr-159-RBW<br>JUDGE REGGIE B. WALTON<br><br>CRIMINAL ACTION<br><br>**NOTICE OF MOTION FOR CONTINUANCE OF PLEA HEARING** |

TO: Nialah Ferrer
     Assistant United States Attorney
     United States Attorney's Office
     601 D Street NW
     Washington, DC 20530
     *(Via ECF)*

PLEASE TAKE NOTICE that, the undersigned, David R. Castellani, Esquire of the Castellani Law Firm, LLC, appearing on behalf of Defendant, Christian Alfonso, shall move before the Judge Reggie B. Walton, Court Judge, at the United States District Court, District of Columbia, for an Order granting Defendant's Motion for a Continuance of Plea Hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Certification of David R. Castellani in support of the Motion.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Federal Rule of Civil Procedure 78.

A proposed form of Order is attached hereto.

Castellani Law Firm, LLC

Date: 7-29-24

By: _____
David R. Castellani, Esquire
Attorneys for Defendant
NJ Attorney ID #: 023691991