# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>-vs-<br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No.: 1:24-cr-159-RBW<br>JUDGE REGGIE B. WALTON<br><br>CRIMINAL ACTION<br><br>**CERTIFICATION IN SUPPORT OF MOTION FOR CONTINUANCE OF PLEA HEARING** |

I, David R. Castellani, Esquire, hereby certify as follows:

1. I am *pro hac vice* counsel for the Defendant Christian Alfonso in the above-captioned action.

2. This matter is scheduled for a plea hearing on July 30, 2024, before The Honorable Reggie B. Walton.

3. On Friday, July 26, 2024, Defendant Christian Alfonso received New Jersey State Court Summons and Charges for State Court offenses arising out of an incident occurring early Friday morning of July 26, 2024.

4. Defendant, Alfonso, contacted Federal Pre-Trial Service in Camden, New Jersey, and met with them Monday, July 29, 2024, in Camden, New Jersey.

5. Given the pending State Court Summons and the presumption of innocence and the need to discuss the same with the Defendant Alfonso's State Court attorney, it is respectfully requested that good cause is present to briefly adjourn the Plea Hearing scheduled for July 30, 2024.

6. I have contacted Judge Walton's Courtroom Deputy Ms. Hill, and she has indicated that Judge Walton would be available for the Plea Hearing on Monday, August 5 2024, at 2:00 PM.

I hereby certify under penalty and perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Date: 7-29-24

Castellani Law Firm, LLC

By: _____
David R. Castellani, Esquire
Attorneys for Defendant