# UNITED STATES DISTIUCT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No,: l:24"cr-159-RBW<br>JUDGE REGGIE B, WALTON<br><br><br>CRIMINAL ACTION<br><br>**NOTICE OF MOTION TO MODIFY CONDITIONS OF RELEASE FOR NOVEMBER 24, 2024, ONLY** |

TO:    Nialah Ferrer
       Assistant United States Attorney
       United States Attorney's Office
       601 D Street NW
       Washington, DC  20530
       *(Via ECF)*

PLEASE TAKE NOTICE that, the undersigned, David R. Castellani, Esquire of the Castellani Law Firm, LLC, appearing on behalf of Defendant, Christian Alfonso, shall move before Judge Reggie B. Walton, Criminal Court Judge, at the United States District Court, District of Columbia, for an Order granting Defendant's Motion to modify conditions of release for November 24, 2024, only,

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Certification of David R. Castellani, Esquire, in support of the Motion,

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Federal Rule of Civil Procedure 78.

A proposed form of Order is attached hereto,

Castellani Law Firm, LLC

Date: 11/21/24

By: _____
David R. Castellani, Esquire
Attorneys for Defendant
NJ Attorney ID #: 023691991