# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No.: 1:24-cr-159-RBW<br>JUDGE REGGIE B. WALTON<br><br>CRIMINAL ACTION<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF RELEEASE FOR NOVEMBER 24, 2024, ONLY** |

I, David R. Castellani, Esquire, hereby certify as follows:

1. I am *pro hac vice* counsel for the Defendant Christian Alfonso in the above-captioned action.

2. This matter is scheduled for a sentencing hearing on January 10, 2024, before The Honorable Reggie B. Walton.

3. On Tuesday, November 19, 2024, Defendant Christian Alfonso contacted my office to inquire about obtaining permission to travel to 100 Sesame Road, Langhorne, PA 19047, to attend a family holiday event with his young child.

4. Defendant Alfonso indicated that he would need permission to leave his home at 11:30 Am to travel to the Langhorne, PA address where he will arrive at 1:00 Pm and will remain there with his family until 6:00 PM. he will then leave the Langhorne, PA address at 6:00 PM and return to his home at approximately 8:00 PM (traffic taken into consideration).

5. On Wednesday, November 20, 2024, and Thursday, November 21, 2024, my office reached out to Nialah Ferrer, Assistant United States Attorney, to inquire about how to go about obtaining permission for Defendant Alfonso's request. Ms. Ferrer advised that we should reach out to probation and the Court for permission. Ms. Ferrer also indicated that she had no objection to Defendant Alfonso's travel for that day.

6. On Thursday, November 21, 2024, I reached out to Nick Zotti, Defendant Alfonso's Pretrial Services Supervisor for the U.S. Pretrial Services Agency in Camden, New Jersey. Mr. Zotti indicated that he had no objection to Defendant Alfonso request to travel to Langhorne, PA, on Sunday, November 24, 2024, but that we needed to provide him with a Court Order permitting him to do so.

7. On Thursday, November 21, 2024, my office contacted Judge Walton's chambers and was advised by Andriea Hill, Courtroom Deputy, that a Motion would be required to make this travel request.

8. For the foregoing reasons I am requesting that Defendant's Motion to Modify Conditions of Release for November 24, 2024, Only, be granted and allow Defendant to attend a family holiday event at 100 Sesame Road, Langhorne, PA 19047, as set forth in the proposed Order.

I hereby certify under penalty and perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Castellani Law Firm, LLC

Date: 11/21/24

BY: David R. Castellani, Esquire
Attorneys for Defendant