## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-159 (RBW) |
| | ) | |
| CHRISTIAN ALFONSO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the defendant's Notice of Motion to Modify Conditions of Supervised Release for December 17, 2024, Only, ECF No. 40, it is hereby

**ORDERED** that the defendant's Notice of Motion to Modify Conditions of Supervised Release for December 17, 2024, Only, ECF No. 40, is **GRANTED.** It is further

**ORDERED** that, on December 17, 2024, the defendant has permission to travel to 6415 Black Horse Pike, Egg Harbor Township, NJ, 08234, in order to attend a family holiday event. It is further

**ORDERED** that the defendant has permission to leave his home by 4:45 p.m. on December 17, 2024, in order to travel to the aforementioned event in Egg Harbor Township, NJ, and to remain at that address with his family until the event is over. It is further

**ORDERED** that, immediately following this event, by 8:30 p.m. on December 17, 2024, the defendant will return to his home. It is further

**ORDERED** that the defendant will notify his Pretrial Services Supervisor, Lakeisha Forbes, upon his departure for and return from the event on December 17, 2024.

**SO ORDERED** this 11th day of December, 2024.

REGGIE B. WALTON
United States District Judge