# UNITED STATES DISTIUCT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No: 1:24cr-159-RBW<br>JUDGE REGGIE B, WALTON<br><br><br>CRIMINAL ACTION<br><br>**NOTICE OF MOTION TO CONTINUE SENTENCING HEARING SCHEDULED FOR JANUARY 10, 2025** |

TO:   Nialah Ferrer
      Assistant United States Attorney
      United States Attorney's Office
      601 D Street NW
      Washington, DC  20530
      *(Via ECF and email)*

      Lakeisha Forbes, PSA Supervisor
      United States Attorney's Office
      Pretrial Services Agency for the District of Columbia
      333 Constitution Avenue, NW Suite 2762
      Washington, DC  20001
      *(Via ECF and email)*

PLEASE TAKE NOTICE that, the undersigned, David R. Castellani, Esquire of the Castellani Law Firm, LLC, appearing on behalf of Defendant, Christian Alfonso, shall move before Judge Reggie B. Walton, Criminal Court Judge, at the United States District Court, District of Columbia, for an Order granting Defendant's Motion to continue the sentencing hearing scheduled for January 10, 2025;

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Certification of David R. Castellani, Esquire, in support of the Motion,

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Federal Rule of Civil Procedure 78.

A proposed form of Order is attached hereto,

                                                             Castellani Law Firm, LLC

Date: 12/23/24                            By: _____
                                                   David R. Castellani, Esquire
                                                     Attorneys for Defendant
                                                     NJ Attorney ID #: 023691991