UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plainliff(s),<br><br>-vs-<br><br>CHRJSTIAN ALFONSO,<br><br>　　　　　Defendant( s), | Case No.: **1**:24-cr-I59-RBW<br>JUDGEREGGIEB. WALTON<br><br><br>CRIMINAL  ACTION<br>**PROOF OF SERVICE** |

I certify that on November 21, 2024, I caused a copy of Notice of Motion to Continue Sentencing Hearing Scheduled for January 10, 2025, Certification of David R, Castellani, proposed form of Order and Certification of Service in this matter to be electronically filed with the Clerk of the United States District Court for the District of Columbia via ECF and to the following parties via ECF and email:

> Nialah Ferrer
> Assistant United States
> Attorney United States
> Attorney's Office 601 D
> Street NW
> Washington, DC 20530
> *(Via ECF and email)*

> Lakeisha Forbes, PSA Supervisor
> United States Attorney's Office
> Pretrial Services Agency for the District of Columbia
> 333 Constitution Avenue, NW Suite 2762
> Washington, DC 20001
> *(Via ECF and email)*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Castellani Law Firm, LLC

Date: /2/23/24

BY: _____
David R. Castellani, Esquire
Attorney for Defendant