UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>-vs-<br><br>CHRISTIAN ALFONSO,<br><br>Defendant(s), | Case No.: 1:24-cr-159-RBW<br>JUDGE REGGIE B. WALTON<br><br>CRIMINAL ACTION<br><br>**ORDER** |
|---|---|

This matter having come before this Court on a Motion to Continue Sentencing Hearing Scheduled for January 10, 2025;

and IT APPEARING TO THE COURT THAT:

Good cause is present for the Motion to be granted; and,

IT IS ON THIS _____ DAY OF DECEMBER, 2024, HERBY ORDERED, ADJUDGED AND DECREED THAT:

The sentencing hearing for Defendant Christian Alfonso that is currently scheduled for January 10, 2025, is hereby continued to February 7, 2025.

_____
Reggie B. Walton
United States District Judge

Opposed ___
Unopposed ___