UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-159 (RBW) |
| | ) | |
| CHRISTIAN ALFONSO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the defendant's Notice of Motion to Continue Sentencing Hearing Scheduled for January 10, 2025, ECF No. 44, it is hereby

**ORDERED** that the defendant's Notice of Motion to Continue Sentencing Hearing Scheduled for January 10, 2025, ECF No. 44, is **DENIED**. Specifically, the motion is **DENIED** because the Court "has the right to control its own docket to require that cases proceed in an orderly and timely fashion, . . . [and may,] in exercise of a sound discretion[,] [ ] grant or deny motions for continuances." United States v. Burton, 584 F.2d 485, 490 (D.C. Cir. 1978). In exercising its discretion, the Court is unconvinced that seeking a pardon from the newly elected President—no matter how likely the defendant believes his request will be granted—is sufficient enough a basis to continue his sentencing hearing. Accordingly, "the potential consequences of failing to continue [the defendant's] sentencing [do not] outweigh the '[public's] interest in a timely resolution of this case.'" Order at 3 (Dec. 4, 2024), United States v. Bradley, No. 23-435 (RBW), ECF No. 82 (quoting United States v. Bodye, 182 F. Supp. 3d 1, 4 (D.D.C. 2016)). Therefore, the defendant's sentencing hearing will proceed as scheduled.

**SO ORDERED** this 27th day of December, 2024.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Judge